IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
CRYSTAL ANN BIGFORD
1111 S RED RIVER EXPWY #523          CASE NO:13-70383-HDH-13

BURKBURNETT, TX 76354                 DATED: November 14, 2013

DEBTOR ATTORNEY:  MONTE J WHITE

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY
CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2010-01 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

____    Failure to file Authorization for Adequate Protection Disbursements

____    Debtor did not pay to the Trustee the first payment due in the amount of $190 within 30 days of the petition date

__X__   Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN 7 DAYS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2010-01 SECTION 3. b, c & d-1.**

---

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424