Monte J. White and Associates  
Monte J. White  
1106 Brook Ave, Hamilton Place  
Wichita Falls, TX 76301  
(940)723-0099  
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NORTHERN DISTRICT OF TEXAS  
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Crystal Ann Bigford | § | CASE NO. 13-70383-hdh-13 |
| | § | |
| | § | Hearing on 1/16/2014 |
| DEBTOR | § | 10:00 A.M. |

### AMENDED NOTICE OF HEARING ON MOTION TO VACATE DISMISSAL ORDER, REINSTATE CHAPTER 13 CASE, AND RESET §341 MEETING OF CREDITORS

COMEs NOW Crystal Ann Bigford, Debtor, and fileS this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Motion to Vacate Dismissal, Reinstate Chapter 13 Case and Reset 341 Meeting of Creditors is set before the Honorable Judge Harlin D. Hale, at 10:00 o'clock A.M., 1/16/2014, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301.

### CERTIFICATE OF SERVICE

The undersigned hereby certified that on 12/12/2013 a true and correct copy of the foregoing was served on the parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White  
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 13-70383-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Dec 10 14:36:58 CST 2013 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 |
| Ally Bank<br>c/o Ally Servicing LLC<br>P O Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy<br>PO Box 130424<br>Roseville, MN 55113-0004 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214-0065 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 |
| Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Chase - Cc<br>Chase Card Svcs-Attn:Bankruptcy Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| City of Burkburnett<br>501 Sheppard Rd<br>Burkburnett, TX 76354-2799 | Credit Coll<br>Po Box 9136<br>Needham, MA 02494-9136 | Credit Control LLC<br>5757 Phantom Dr Ste 330<br>Hazelwood, MO 63042-2429 |
| Executive Services<br>Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307-2248 | Fac-nab<br>Attn: ABK Unit<br>PO Box 198988<br>Nashville, TN 37219-8988 | Ginnys-Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Harris<br>Harris & Harris, Ltd.<br>111 W Jackson Blvd 400<br>Chicago, IL 60604-4135 | Hossein Ghanbari, MD<br>1921 9th Street<br>Wichita Falls, TX 76301-4129 |
| IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Johnny Bigford<br>1036 Janlee Dr<br>Burkburnett, TX 76354-2916 | KTX Emergency Physicians<br>PO Box 98596<br>Las Vegas, NV 89193-8596 | Kell West Regional Hospital<br>5420 Kell West Blvd<br>Wichita Falls, TX 76310 |

Kohls-capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301-5009

Nco Fin -99
Po Box 15636
Wilmington, DE 19850-5636

Richard A. Redd MD
P.O. Box 8337
Amarillo, Texas 79114-8337

Richard Redd MD
c/o Account Recovery Services Inc
3144 W 28th Suite A
Amarillo, TX 79109-3169

Seventh Avenue
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

Shapiro & Schwartz LLP
5450 NW Central Ste 307
Houston, TX 77092-2063

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

The Law Office of Raymond A Conta
38 Saw Mill River Rd
Hawthorne, NY 10532

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Crystal Ann Bigford
1111 S Red River Expwy No. 523
Burkburnett, TX 76354-3762

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, Texas  76096

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949


End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43